# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES G. TURNER-EL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-525-JPG |
| JODI HARMON, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

After a several-year hiatus, James Turner-EL has resumed his litigation efforts in this District. However, he did not file this action directly in this District. Rather, he sent his pleadings to the United States District Court for the Northern District of Illinois. That court determined that the proper venue for this action was in this District, and transferred the case here.

There is just one problem – Turner-EL is banned from bringing any new civil actions in this District until he has paid the full $4200 sanction imposed upon him in 2002. *See Turner-El v. Murphy*, Case No. 01-cv-557-GPM (S.D. Ill., order at Doc. 8, filed March 25, 2002). In fact, the Honorable G. Patrick Murphy even anticipated this exact scenario when he stated:

> Further, Turner-El shall not try to circumvent this prohibition by filing in another court with the hope that the action might be transferred to this District. Such a practice will result in further sanctions.

*Id.*

Turner-EL makes no assertion that he has made any payment towards satisfying this sanction, let alone paying it in full. Further, the financial officer in this District has verified that the full amount of that $4200 sanction remains unpaid.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice, as it should never have been filed.

**IT IS FURTHER ORDERED** that Turner-El is **SANCTIONED** an additional **THREE HUNDRED FIFTY DOLLARS ($350)** for attempting to circumvent the ban imposed on him in this District.

**NO FURTHER PLEADINGS WILL BE ACCEPTED IN THIS ACTION** from or filed on behalf of James Turner-EL.

**IT IS SO ORDERED.**

**Dated: August 21, 2008.**

                                             **s/ J. Phil Gilbert**
                                             **U. S. District Judge**